## Thomas Fitzgibbons, Appellant, v. Allen Rue, Appellee.
### Gen. No. 9,718.

Emerson Baetz, for appellant; Du Hadway & Suddes, for appellee; Claude J. Davis, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full. Opinion filed March 7, 1951; released for publication April 3, 1951.

